## The Werner Company v. John McLaughlin.

Error to the County Court of Cook County.

The judgment in this case is reversed because the finding is clearly against the evidence.

NEWMAN, NORTHRUP & LEVINSON, attorneys for plaintiff in error.

JOHN J. COBURN, attorney for defendant in error; W. E. HUGHES, of counsel.

## McIntosh Battery & Optical Company v. William Zimmerman.

Appeal from the Superior Court of Cook County.

Questions of fact only were involved in this appeal. The judgment of the court below is affirmed upon remittitur indicated, otherwise reversed and cause remanded.

C. STUART BEATTIE, attorney for appellant.

WILLIAM ZIMMERMAN, attorney *pro se.*

## Columbian Exposition Salvage Co. v. Stanislaw Heina.

Appeal from the Superior Court of Cook County.

The judgment in this case is reversed and remanded because the verdict is clearly against the weight of the evidence.

JOHN A. POST and O. W. DYNES, attorneys for appellant.

GEORGE W. SHINN, attorney for appellee.